1  Jeffrey F. Gersh, Esq., State Bar No. 87124
   Rochelle A. Herzog, Esq., State Bar No. 123134
2  Howard Rutten, Esq.  State Bar No. 164820
   **ZIMMERMAN, ROSENFELD, GERSH & LEEDS LLP**
3  9107 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90210-5528
4  Telephone:   (310) 278-7560
   Facsimile:   (310) 273-5602
5
   Attorneys for Defendants
6  MARSHALL GOBUTY INTERNATIONAL U.S.A., INC.,
   MARSHALL GOBUTY, MGI LIMITED, and JEFFREY
7  GOBUTY

FILED
2001 MAY -7  P 2: 02
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY ___WH___
         DEPUTY

LODGED
MAY - 4 2001
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANDCUFFS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALL GOBUTY INTERNATIONAL U.S.A., INC., a United States Corporation, MGI LIMITED, a Hong Kong Corporation, MARSHALL GOBUTY, individually, JEFFREY GOBUTY, individually, and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No.  CIV F-00-7087 REC/LJO<br><br>**Assigned to The Hon. Lawrence J. O'Neill, U.S. Magistrate Judge**<br><br>Date Action Filed: December 7, 2000<br><br>**REQUEST BY DEFENDANT MARSHALL GOBUTY TO FILE DECLARATION UNDER SEAL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS; PROPOSED ORDER**<br><br>[Local Rule 39-138]<br><br>Date:       May 25, 2001<br>Time:       8:30 a.m.<br>Courtroom:  6<br><br>Discovery Cut-Off: July 13, 2001<br>Motion Cut-Off:    August 31, 2001<br>Trial Date:        October 9, 2001 |

In support of his motion for protective order set for hearing on the above-noted date, time and place, Defendant MARSHALL GOBUTY ("GOBUTY") hereby requests that this Court enter an order, pursuant to United States District Court - Eastern District Local Rule



I:\WPDOCS\Gobuty, Marshall\Handcuffs\Eastern District\Pleadings\req to seal re protective order.wpd

1

1  39-138(b), permitting GOBUTY to file his attached declaration (the "Gobuty Declaration")
2  with the Court ***under seal*** to protect the personal and private medical information contained
3  therein.

4

5  Concurrently with the filing of this request GOBUTY has filed a motion for protective
6  order to prevent Plaintiffs herein from requiring GOBUTY to travel from Israel to Los
7  Angeles for a deposition. GOBUTY's motion is premised upon the fact that GOBUTY
8  suffers from a medical condition that causes him to have seizures. In support of this motion,
9  GOBUTY has executed the Gobuty Declaration, which includes as exhibits certain letters
10 from his doctors. Such letters contain a detailed description of GOBUTY's current
11 condition, treatment and symptoms. Because this information is personal and private,
12 GOBUTY hereby requests that he be authorized to file the Gobuty Declaration under seal so
13 that his personal medical condition is not made a part of the Court's public records.

14 DATED: May 3, 2001                    ZIMMERMAN, ROSENFELD, GERSH &
                                         LEEDS LLP
15
16
17                                       By:_____
                                            JEFFREY F. GERSH
18                                          HOWARD RUTTEN

19                                       Attorneys for Defendants
                                         MARSHALL GOBUTY INTERNATIONAL
20                                       U.S.A., INC. MARSHALL GOBUTY, MGI
                                         LIMITED and JEFFREY GOBUTY
21
22
23
24
25
26
27
28

I:\WPDOCS\Gobuty, Marshall\Handcuffs\Eastern District\Pleadings\req to seal re protective order.wpd

2

## ORDER

In accordance with the foregoing, it is hereby ordered that the attached Gobuty Declaration shall be filed under seal pursuant to United States District Court - Eastern District Local Rule 39-138(b).

Dated: May 4, 2001

UNITED STATES MAGISTRATE JUDGE

lr

United States District Court
for the
Eastern District of California
May 7, 2001


* * CERTIFICATE OF SERVICE * *


1:00-cv-07087


Handcuffs Inc

   v.

Marshall Gobuty

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  May 7, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.


    Arnold Philimon Peter                    REC LJO
    Littler Mendelson
    2049 Century Park East
    5th Floor
    Los Angeles, CA   90067-3107

    Howard S Rutten
    Zimmerman Rosenfeld Gersh and Leeds LLP
    9107 Wilshire Boulevard
    Suite 300
    Beverly Hills, CA   90210-5528

    Jeffrey F Gersh
    Zimmerman Rosenfeld Gersh and Leeds LLP
    9107 Wilshire Boulevard
    Suite 300
    Beverly Hills, CA   90210-5528


                                     Jack L. Wagner, Clerk

                                     BY: _____
                                         Deputy Clerk