FILED

2001 JUL 13 P 1:59

US DIST COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANDCUFFS, INC., | CASE NO. CV-F-00-7087 REC LJO |
| Plaintiff, | ORDER RE DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| vs. | |
| MARSHALL GOBUTY INTERNATIONAL U.S.A., INC., et al., | |
| Defendants. | |

Counsel has informed the Court that the parties have settled the above-captioned case. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than August 3, 2001.**

**All pending motions** set in this matter are **VACATED**. All other pretrial and trial dates **remain on calendar**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of this Court's Local Rule 16-160 and Local Rule 16-272.)

IT IS SO ORDERED.

DATED: July 13 2001

LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

# NOTICE

## Local Rule 16-160

### NOTICE OF SETTLEMENT OR OTHER DISPOSITION

(a) **Notice.** When an action has been settled or otherwise disposed of, or when any motion seeking general or interim relief has been resolved, whether by settlement conference or out of Court, and whether the action is pending in the District Court or is before an appellate court, it is the duty of counsel to inform the courtroom deputy clerk and the assigned Court's chambers immediately. See L.R. 16-272.

(b) **Dispositional Documents.** Upon such notification of disposition or resolution of an action or motion, the Court shall thereupon fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty (20) calendar days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 16-272.

## Local Rule 16-272

### NOTICE OF SETTLEMENT

(a) **General Rule.** See L.R. 16-160.

(b) **Sanctions.** If for any reason attributable to counsel or parties, including settlement, the Court is unable to commence a jury trial as scheduled where a panel of prospective jurors has reported for voir dire, the Court may assess against counsel or parties responsible all or part of the cost of the panel. See L.R. 11-110.

United States District Court
for the
Eastern District of California
July 16, 2001

* * CERTIFICATE OF SERVICE * *

1:00-cv-07087

Handcuffs Inc

   v.

Marshall Gobuty

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  July 16, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

REC LJO

   Arnold Philimon Peter
   Littler Mendelson
   2049 Century Park East
   5th Floor
   Los Angeles, CA   90067-3107

   Howard S Rutten
   Zimmerman Rosenfeld Gersh and Leeds LLP
   9107 Wilshire Boulevard
   Suite 300
   Beverly Hills, CA   90210-5528

   Jeffrey F Gersh
   Zimmerman Rosenfeld Gersh and Leeds LLP
   9107 Wilshire Boulevard
   Suite 300
   Beverly Hills, CA   90210-5528

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk